UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Petitioner,<br><br>          v.<br><br>CHUNG O. KIM,<br><br>                    Respondent. | No.  CV 10-00941 PA (RZx)<br><br>ORDER TO SHOW CAUSE |

     Upon the Petition, the supporting Memorandum of Points and Authorities, and the supporting Declaration to the Petition, the Court finds that Petitioner has established its *prima facie* case for judicial enforcement of the subject Internal Revenue Service ("IRS") summons.  *See* United States v. Powell, 379 U.S. 48, 57-58 (1964); *see also*, Crystal v. United States, 172 F.3d 1141, 1143-44 (9th Cir. 1999); United States v. Jose, 131 F.3d 1325, 1327 (9th Cir. 1997); Fortney v. United States, 59 F.3d 117, 119-20 (9th Cir. 1995) (the Government's *prima facie* case is typically made through the sworn declaration of the IRS agent who issued the summons); *accord*, United States v. Gilleran, 992 F.2d 232, 233 (9th Cir. 1993).

     Therefore, **IT IS ORDERED** that Respondent appear before in the United States District Court for the Central District of California, in Courtroom No. 15, United States Courthouse, 312 North Spring Street, Los Angeles, California, 90012, on March 22, 2010 at 1:30 p.m., and show cause why the testimony and production of books, papers, records, and

other data demanded in the subject Internal Revenue Service summons should not be compelled.

**IT IS FURTHER ORDERED** that copies of this Order, the Petition, Memorandum of Points and Authorities, and accompanying Declaration be served promptly upon Respondent by any employee of the Internal Revenue Service or the United States Attorney's Office, by personal delivery.  Service is to be accomplished no later than February 17, 2010.  A proof of service is to be filed no later than February 22, 2010.

**IT IS FURTHER ORDERED** that within fourteen (14) days of the hearing on the Order to Show Cause, Respondent shall file and serve a written response, supported by appropriate sworn statements, as well as any desired motions.  If, prior to the hearing on the Order to Show Cause, Respondent files a response with the Court stating that Respondent does not desire to oppose the relief sought in the Petition, nor wish to make an appearance, then the appearance of Respondent at any hearing pursuant to this Order to Show Cause is excused, and Respondent shall be deemed to have complied with the requirements of this Order.

**IT IS FURTHER ORDERED** that all motions and issues raised by the pleadings will be considered at the hearing on the Order to Show Cause.  Only those issues raised by motion or brought into controversy by the responsive pleadings and supported by sworn statements filed within fourteen (14) days of the hearing will be considered by the Court.  All allegations in the Petition not contested by such responsive pleadings or by sworn statements will be deemed admitted.

IT IS SO ORDERED.

DATED: February 11, 2010

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE